Willie WORLEY, Jr., Plaintiff–Appellant,

v.

Alvin KELLER, Secretary of Prisons; Robert Lewis, Director of Prisons; Hattie B. Pimpong, Chief Disciplinary Hearing Officer; Reginald E. Migette, Sr., Chairman of Inmate Grievance Board, Defendants–Appellees.

No. 13–7028.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 10, 2013.

Decided: Nov. 6, 2013.

Willie Worley, Jr., Appellant Pro Se. Scott Bartley Goodson, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Worley, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Worley*

*v. Keller,* No. 5:11–ct–03012–BO (E.D.N.C. June 21, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*